**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

```
S.K.L.,                          :
                                 :
        Plaintiff,               :
                                 :
v.                               :    CASE NO. 3:23-CV-19-CDL-MSH
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
        Defendant.               :
_____:
```

**ORDER**

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is: **ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner. Following remand, an administrative law judge ("ALJ") will re-evaluate the opinion evidence of record. The Appeals Council will also instruct the ALJ to obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base in accordance with Social Security Ruling 00-4p, offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this **22nd** day of **June, 2023**.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE